UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ANGELA L. SELL                    : CHAPTER 13
    Debtor(s)                              :
                                          :
CHARLES J. DEHART, III                    :
STANDING CHAPTER 13 TRUSTEE               :
    Movant                                 :
                                          :
vs.                                       :
                                          :
ANGELA L. SELL                            :
    Respondent(s)                          : CASE NO.  1-18-bk-01406

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 24th day of May, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Plan ambiguous – Lump sum within one year of confirmation.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 30th day of May, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Craig Diehl, Esquire
3464 Trindle Road
Camp Hill, PA 17011

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee