```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                      Case No. 18-01406-HWV
Angela L. Sell                                              Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh             Page 1 of 1               Date Rcvd: May 29, 2018
                              Form ID: ntcnfhrg         Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db             +Angela L. Sell,    58 Allen Drive,    Hanover, PA 17331-9374
5045031        +Credit Acceptance,    25505 West Twelve Mile Rd, Ste 3000,    Southfield, MI 48034-8331
5045036        +KML Law Group, Inc.,    Attn: Mathew K. Fissel, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
5059569        +Michael Moses,    114 Lion Drive,    Hanover, PA 17331-3820
5045038         Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17108-0946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5045032        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 29 2018 19:04:39     Credit Collect,
                 P.O. Box 9134,    Needham Heights, MA 02494-9134
5045033         E-mail/Text: bankruptcy.bnc@ditech.com May 29 2018 19:04:08     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
5045034         E-mail/Text: bankruptcy.bnc@ditech.com May 29 2018 19:04:08     Green Tree Servicing, LLC,
                 P.O. Box 94710,    Palatine, IL 60094-4710
5045035         E-mail/Text: cio.bncmail@irs.gov May 29 2018 19:04:04     Internal Revenue Service,
                 Bankruptcy Section,    P.O. Box 7346,    Philadelphia, PA 19101-7346
5045037        +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2018 19:04:22     Midland Funding,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
5045359        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2018 19:07:46
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor 1 Angela L. Sell cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Angela L. Sell<br>fka Angela L. Brosenne, fka Angela L. Moses<br>Debtor(s) | Chapter 13<br>Case No. 1:18−bk−01406−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**July 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: July 18, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 29, 2018 |