**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angela L. Sell fka Angela L. Brosenne fka Angela L. Moses<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.<br>Angela L. Sell fka Angela L. Brosenne fka Angela L. Moses<br>　　　　　　　　Debtor(s) | NO. 18-01406 HWV |
| Charles J. DeHart, III<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Proof of Claim of Ditech Financial LLC, Claim No. 4, which was filed with the Court on or about **June 14, 2018**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Brian Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　Brian Nicholas, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

June 15, 2018