# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (HARRISBURG)

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CHAPTER 13** |
| **ANGELA L. SELL,** | : | |
| Debtor | : | **Case No. 1:18-bk-01406-HWV** |
| | : | |
| **U.S. Bank Trust National Association** | : | |
| **as Trustee of Cabana Series III Trust,** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **ANGELA L. SELL,** | : | |
| Debtor/Respondent | : | |

### ANSWER TO MOTION OF THE CHALET PROPERTIES III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO REALTY KNOWN AS 58 ALLEN DRIVE, HANOVER, PA 17331

AND NOW COMES Debtor, Angela L. Sell, by and through her undersigned counsel,

answering the Motion of Chalet Properties III, LLC for Relief from the Automatic Stay as follows:

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    Admitted.

7.    Denied.  The Proof of Claim speaks for itself.

8.    Admitted.

9.    Admitted.

10.     Admitted.

11.     Denied.  Debtor desires to maintain her personal residence.  Debtor can become current in a reasonable period of time.

12.     Denied.  Debtor desires to maintain her personal residence.  Debtor can become current in a reasonable period of time.

13.     Admitted.

14.     Denied.  Debtor desires to maintain her personal residence.  Debtor can become current in a reasonable period of time.

15.     Denied.  The Federal Rules of Bankruptcy Procedure speak for themselves.

16.     Admitted.

WHEREFORE, Debtor respectfully requests the Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

LAW OFFICES OF CRAIG A. DIEHL

Dated: April 1, 2020                    By:  /s/ Craig A. Diehl, Esquire, CPA
                                                            Craig A. Diehl, Esquire, CPA
                                                            Attorney I.D. No. 52801
                                                            3464 Trindle Road
                                                            Camp Hill, PA  17011
                                                            Tel: (717) 763-7613
                                                            Fax: (717) 763-8293
                                                            Attorney for Respondent, Angela L. Sell