# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Angela L. Sell

**Debtor(s)**

U.S. Bank Trust National Association as Trustee of Cabana Series III Trust

**Plaintiff(s)/Movant(s)**

vs.

Angela L. Sell

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 1-18-bk-01406

ADVERSARY NO. __-__-ap-_____ (if applicable)

Nature of Proceeding: _____
MFR - §362(d) and §1301

Document #: 48

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel for both parties are close to reaching a settlement/agreement resolving the motion. Counsel for debtor would like a short adjournment to be able to speak with his client regarding the terms being offered by the Movant.

Movant's counsel is requesting a new hearing date of May 19, 2020 at 9:30 a.m.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 27, 2020

/s/Brian E. Caine

Attorney for Movant
Name: Brian E. Caine
Phone Number: (856) 985-4059

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.