# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Angela L. Sell

**Debtor(s)**

U.S. Bank Trust National Association
as Trustee of Cabana Series III Trust

**Plaintiff(s)/Movant(s)**

vs.

Angela L. Sell

Charles J. Dehart, III

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-18-bk-01406

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Nature of Proceeding: §362(d) and §1301

Pleading: Motion for Relief

Document #: 48

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

✔ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ✔ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 15, 2020

/s/Brian E. Caine
Attorney for Movant, U.S. Bank, et al.

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.