United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01406-HWV |
| Angela L. Sell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Aug 05, 2021  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5131899 | + Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, Chalet Properties III, LLC c/o BSI Financial Services 75038-2480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian E Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Craig A. Diehl | on behalf of Debtor 1 Angela L. Sell cdiehl@cadiehllaw.com  jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |

| | |
|---|---|
| Michelle Ghidotti | on behalf of Creditor Chalet Properties III LLC bknotifications@ghidottiberger.com |
| Richard Postiglione | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series III Trust bankruptcy@friedmanvartolo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-01406-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Angela L. Sell
58 Allen Drive
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/04/2021.

Name and Address of Alleged Transferor(s):

Claim No. 3: Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, Chalet Properties III, LLC, c/o BSI Financial Services

Name and Address of Transferee:

c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/07/21

Terrence S. Miller
**CLERK OF THE COURT**