In re:  Case No. 18-01406-HWV

Angela L. Sell  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 09, 2023 | Form ID: ordsmiss | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela L. Sell, 58 Allen Drive, Hanover, PA 17331-9374 |
| 5045033 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 5488051 | + | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, as Servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 5045034 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree Servicing, LLC, P.O. Box 94710, Palatine, IL 60094-4710 |
| 5059569 | + | Michael Moses, 114 Lion Drive, Hanover, PA 17331-3820 |
| 5045038 | | Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17108-0946 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Mar 09 2023 18:39:47 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5131898 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 09 2023 18:43:00 | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 5131899 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 09 2023 18:43:00 | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, Chalet Properties III, LLC, c/o BSI Financial Services 75038-2480 |
| 5045031 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 09 2023 18:43:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5045032 | + | EDI: CCS.COM | Mar 09 2023 23:40:00 | Credit Collect, P.O. Box 9134, Needham Heights, MA 02494-9134 |
| 5045035 | | EDI: IRS.COM | Mar 09 2023 23:40:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5045036 | ^ | MEBN | Mar 09 2023 18:39:45 | KML Law Group, Inc., Attn: Mathew K. Fissel, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 5045037 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 18:44:00 | Midland Funding, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 5045359 | + | EDI: RECOVERYCORP.COM | Mar 09 2023 23:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5070849 | | EDI: AIS.COM | Mar 09 2023 23:40:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5428851 | + | Email/Text: bknotices@snsc.com | Mar 09 2023 18:44:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, c/o SN Servicing Corporation, |

| | | | | |
|---|---|---|---|---|
| 5428850 | + | Email/Text: bknotices@snsc.com | | 323 Fifth Street, Eureka, CA 95501-0305 |
| | | | Mar 09 2023 18:44:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5155561 | | Chalet Properties III, LLC |
| 5155725 | | Chalet Properties III, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5073874 | * | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian E Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Craig A. Diehl | on behalf of Debtor 1 Angela L. Sell cdiehl@cadiehllaw.com jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com ecfmail@ecf.courtdrive.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series III Trust bknotifications@ghidottiberger.com |
| Michelle Ghidotti | on behalf of Creditor Chalet Properties III  LLC bknotifications@ghidottiberger.com |
| Richard Postiglione | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series III Trust bankruptcy@friedmanvartolo.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Angela L. Sell,<br>fka Angela L. Brosenne, fka Angela L. Moses, | Chapter 13 |
| **Debtor 1** | Case No. 1:18−bk−01406−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 9, 2023

ordsmiss (05/18)